**Donald Guerra, Plaintiff-Appellee, v. Warren F. Gilkey, Defendant-Appellant.**

**Gen. No. 65–106–M.**

Second District.

April 5, 1966.

Pretzel, Stouffer, Nolan and Rooney, of Chicago, for appellant; no appearance made or brief filed for appellee. Opinion by JUSTICE ABRAHAMSON. **Not to be published in full.**